**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DENNIS RODEN,**

      Plaintiff,                       **Case No. 2:20-cv-4983**
    v.                                **JUDGE EDMUND A. SARGUS, JR.**
                                            **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on December 27, 2021. (ECF No. 18.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** under Sentence Four of § 405(g). The Clerk is directed to enter judgment and close this case.

      **IT IS SO ORDERED.**


**1/14/2022**                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                           **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**